```
BRACHFELD AND SHEPPARD
ATTORNEY FOR THE PLAINTIFF
    23586 CALABASAS RD, SUITE 103
    CALABASAS, CA  91302
    818-222-2868
Attorneys for the Plaintiff
```



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   COURT NO: 92A20678
         Plaintiff,

   v.                       DEFAULT JUDGMENT

VERNICE CHILDS

         Defendant(s).
_____/



In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from VERNICE CHILDS

the sum of $1,004.00 as principal, $344.52 as accrued prejudgment interest, $140.00 administrative charges, and $45.00 costs, plus $300.40 attorney fees for a total amount of $1,833.92, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JUL 2 2 1992

                    LEONARD A. BROSNAN, CLERK
                    U.S. District Court
                    Central District of California

                    By: 
                        Deputy Clerk